PROB 12C
(SD/FL 4/24)

SD/FL PACTS No. 8738994

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 24-TP-60023-DAMIAN

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Sarser, Vladimir

Name of Sentencing Judicial Officer: The Honorable Trina L. Thompson United States District Judge, Northern District of California

Name of Reassigned Judicial Officer: The Honorable Melissa Damian, United States District Judge, Fort Lauderdale, Florida

Date of Original Sentence: March 29, 2024

| | |
|---|---|
| Original Offense: | Count Six, Wire Fraud, 18 U.S.C. § 1343, a Class C Felony |
| | Count Eight, engaging in a Monetary Transaction with the Proceeds of Specified Unlawful Activity, § 1957, a Class C Felony |
| Original Sentence: | Time Served, followed by three years of supervised release. The following conditions were ordered: The defendant must 1) not open any new lines of credit and/or incur new debt without the prior permission of the probation officer; 2) provide the probation officer with access to any financial information; 3) participate in the Location Monitoring Program as directed by the probation officer for a period of 90 days; 4) undergo an assessment for mental health treatment services. If services are deemed appropriate, then you must pay for part or all the cost of treatment, as directed by the probation officer; 5) submit your person, residence, office, vehicle, electronic devices and their data (including cell phones, computers, and electronic storage media), or any property under your control to a search. Such a search must be conducted by a United States Probation Officer or any federal, state or local law enforcement officer at any time with or without suspicion. Failure to submit to such a search may be grounds for revocation. You must warn any residents that the premises may be subject to searches. A special assessment fee of $200.00 and restitution in the amount of $53,944.86 was also ordered. |
| | **July 19, 2024**: Modification of Supervised Released: Substance Abuse Treatment imposed |
| | **August 20, 2024**: Transfer of Jurisdiction assigned to Your Honor. |

Type of Supervision: Supervised Release    Date Supervision Commenced: March 29, 2024

PROB 12C
(SD/FL 4/24)

SD/FL PACTS No. 8738994

Assistant U.S. Attorney:              Defense Attorney:

TBA                                    TBA

## PETITIONING THE COURT

☒   To issue a warrant
☐   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Standard Condition**, by leaving the judicial district without first securing permission of the probation officer. On or about 02/14/2025 the defendant traveled to San Francisco, California, without securing the permission of the probation officer or the court, as evidenced by his on admission on March 5, 2025. |
| 2. | **Violation of Mandatory Condition**, by failing to satisfy the court-ordered restitution. On March 29, 2024, restitution in the amount of $53,944.86 was by the Court and the defendant has failed to satisfy this financial obligation as ordered. |
| 3. | **Violation of Standard Condition**, by failing to report to the probation officer as directed. On February 5, 2025, the defendant was instructed to report to the U.S. Probation Officer on February 5, 2025, for drug testing and he failed to comply. |
| 4. | **Violation of Standard Condition,** by failing to notify the probation office of any change in residence. On or about February 14, 2025, the defendant moved from his/her approved residence of 3725 South Ocean Drive Apt. 27, Hollywood, Florida 33019, and failed to notify the probation officer within 72 hours as required. |

PROB 12C
(SD/FL 4/24)

SD/FL PACTS No. 8738994

5.  **Violation of Standard Condition**, by failing to notify the probation office of a change in employment. On or about September 12, unemployed with The Taverna Collections, 3801 S Florida 33023 and he failed to notify the probation

> Certified to be a true and
> correct copy of the document on file
> Angela E. Noble, Clerk,
> U.S. District Court
> Southern District of Florida
> By Johanna Borges
>            Deputy Clerk
> Date Mar 12, 2025

United States Probation Officer Recommendation:

The term of supervision should be
☒   revoked.
☐   extended for _____ years, for a total term of _____ years.
☐   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 11, 2025

*Dinia Jerome*

Dinia Jerome
United States Probation Officer
Office: 954-769-5521
Cellular: 305-582-1686
Date: March 11, 2025

---

THE COURT ORDERS:

☐   No Action
☒   The Issuance of a Warrant    ☐ The Issuance of a Warrant with No BOND
☐   The Issuance of a Summons
☐   Submit a Request for Modifying the Conditions or Term of Supervision



> Certified to be a true and
> correct copy of the document on file
> Angela E. Noble, Clerk,
> U.S. District Court
> Southern District of Florida
> By Johanna Borges
>            Deputy Clerk
> Date Mar 12, 2025

Signature of Judicial Officer

Date: March 12, 2025

**Known family and relatives (name, relation, address, telephone no.)**
Tantyana Afanasyeva. San Francisco, CA

**Current Address**
3725 South Ocean Drive Apt 27 Hollywood, FL 33019

**Address History**
400 NORTHEAST 14TH AVENUEAPT. 419 HALLANDALE BEACH, FLORIDA 33009
  **From:** 03/29/2024  **To:** 03/29/2024

**Current Telephone Number(s)**
(628) 283-8939 (C) Vladsarser@gmail.com

**Current Employer(s)**
SALES AND FINANCE  The Taverna Collection 3801 South State Road 7 West Park, Florida 33023
**Supervisor:** Brandon Gallardo,

**Current Vehicle(s)**

| Year | Color | Make | Model | Tag | State License | Vin |
|------|-------|------|-------|-----|---------------|-----|
|      |       |      |       |     |               |     |